UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHNNIE FITZGERALD HOWARD,**

    **Plaintiff,**

v.                                            **CASE NO:  8:10-CV-1533-T-30TGW**

**DAVID GEE, Sheriff of Hillsborough County, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on October 14, 2010 (Dkt. #9) which dismissed the Complaint and gave the Plaintiff thirty (30) days in which to file an Amended Complaint. On November 19, 2010, Plaintiff filed a motion for extension of time to comply with the Court's Order. Said motion was granted (Dkt. #11). Plaintiff had until December 2, 2010, in which to file an Amended Complaint. No filing has been received by the Court. As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on December 15, 2010.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1533.dismiss.wpd