UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNIE FITZGERALD HOWARD,

    Plaintiff,

v.                                                   Case No. 8:10-CV-1533-T-30TGW

ROBERT MELTON, et al.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Second Amended Complaint (Dkt. 22). Fed.R.Civ.P. 15(a) states in pertinent part:

    (a) Amendments Before Trial.

      (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course within:

        (A) 21 days after serving it, or

        (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

      (2) Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

"Pursuant to Fed.R.Civ.P. 15(a), a party seeking to amend its complaint after it previously has amended the complaint...may amend the complaint 'only by leave of court or by written

consent of the adverse party; and leave shall be freely given when justice so requires.'" *Smith v. Sch. Bd.*, 487 F.3d 1361, 1366 (11th Cir. 2007), *citing* Fed.R.Civ.P. 15(a).

Plaintiff previously filed an amended complaint (see Dkt. 16). Plaintiff failed to seek leave of this Court prior to filing the Second Amended Complaint. Absent leave of this Court or Defendants' written consent, the Court concludes that the Second Amended Complaint is procedurally invalid and is therefore stricken.

Accordingly, the Court **ORDERS** that Plaintiff's Second Amended Complaint (Dkt. 22) is **STRICKEN** as unauthorized. The **Clerk** shall return Plaintiff's Second Amended Complaint, keeping a copy for the Court file, to Plaintiff with his copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida on June 14, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: *Pro Se* Plaintiff