# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHNNIE FITZGERALD HOWARD,

    Plaintiff,

v.                                                      Case No. 8:10-CV-1533-T-30TGW

ROBERT MELTON, et al.,

    Defendants.

_____/

## ORDER

Before the Court is Plaintiff's "Motion for Access to Additional Legal Mailing and Writing Materials and Law Library Access" ("motion") (Dkt. 23).  In his motion, Plaintiff asserts that he currently resides at Hillsborough County Jail, and that the Jail provides him with limited legal writing and mailing supplies, and limited access to the Jail's law library. He contends that he will be unable to effectively litigate this action, and several other pending legal actions, without additional legal writing and mailing supplies and materials, and more access to the Jail's law library.

Plaintiff has a right of access to the courts, but the inability to access the law library is not, in itself, an unconstitutional impediment. *See Akins v. United States*, 204 F.3d 1086, 1090 (11th Cir. 2000). His right of access to the courts, however, must be "adequate, effective, and meaningful." *Bounds v. Smith*, 430 U.S. 817, 822 (1977). Plaintiff has not provided the Court with both an administrative grievance in which he requested additional

law library access and legal materials, and an administrative response denying the request. Further, Plaintiff has not demonstrated at this time that he is being denied meaningful access to the courts in this action as a result of insufficient access to the law library or legal materials. Accordingly, Plaintiff's motion will be denied without prejudice to Plaintiff to refile a motion after exhausting his administrative remedies. Any motion must demonstrate that Plaintiff is actually being denied meaningful access to the courts.

Accordingly, the Court **ORDERS** that Plaintiff's "Motion for Access to Additional Legal Mailing and Writing Materials and Law Library Access" (Dkt. 23) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on June 14, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: *Pro Se* Plaintiff