UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNIE FITZGERALD HOWARD,

   Plaintiff,

v.                                           Case No. 8:10-CV-1533-T-30TGW

ROBERT MELTON, et al.,

   Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

In light of the Defendants' Notice of Appeal and the Order staying this action (See Dkts. 68, 71), I conclude that it is appropriate to administratively close this case.

Accordingly, the Court **ORDERS** that:

   1.    The **Clerk of the Court** is directed to **administratively close** this case.

   2.    Either party may move to reopen the case within thirty (30) days following the date the Eleventh Circuit Court of Appeals issues its mandate.

   3.    Failure to timely move to reopen this case following the mandate issued by the Eleventh Circuit will result in *dismissal of this action without further notice*.

**DONE** and **ORDERED** in Tampa, Florida on November 5, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*
         Counsel of Record