UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNIE FITZGERALD HOWARD,

    Plaintiff,

v.                                                    Case No. 8:10-cv-1533-T-30TGW

ROBERT MELTON, et al.,

    Defendants.
_____/

**O R D E R**

    The Court has been advised via a Notice of Settlement (Dkt. 97) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED and ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to move the Court, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The **Clerk** is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on March 4, 2014.

                                                              JAMES S. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Plaintiff
            Counsel of Record